UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                  Plaintiff,

-against-

Christian J. Ochoadiaz

                  Defendant.

7:19-MJ-9720(MRG)

**JUDGMENT**

---

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on October 30, 2019 accepted the defendant's plea of guilty to § 401.1 of the N.Y.V.T.L., Unregistered Vehicle, in full satisfaction of the Misdemeanor Complaint filed on October 18, 2019, it is,

ORDERED, ADJUDGED AND DECREED: that the Defendant, Christian J. Ochoadiaz pay a fine in the amount of $75.00 to the White Plains Clerk's Office; to be paid by November 21, 2019 or appear on November 22, 2019 to explain why the fine has not been paid.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge